**08 CV 00402**

Stephen W. Feingold (SF 2763)
Marc A. Lieberstein (ML 7116)
J. Anthony Lovensheimer (JL 4919)
DAY PITNEY LLP
7 Times Square
New York, New York 10036
Phone: (212) 297-5800
Fax: (212) 916-2940

Attorneys for Plaintiffs,
RCPI Landmark Properties, LLC
Top of the Rock LLC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RCPI LANDMARK PROPERTIES, LLC and TOP OF THE ROCK LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**FLORA DESIGN, INC. and KIMIE MIYAMOTO (An Individual)**<br><br>Defendants. | Civil Action No.<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff RCPI Landmark Properties, LLC (a private non-governmental party) and Plaintiff Top of the Rock LLC (a private non-governmental party) certifies that Plaintiffs have no parents, subsidiaries, affiliates, securities or other interests which are publicly held.

Dated: January 15, 2008  
New York, New York

Respectfully submitted,

By: _____  
Marc A. Lieberstein (ML 7116)  
Stephen W. Feingold (SF 2763)  
J. Anthony Lovensheimer (JL 4919)  
DAY PITNEY LLP  
7 Times Square  
New York, New York 10036  
sfeingold@daypitney.com  
mlieberstein@daypitney.com  
alovensheimer@daypitney.com  
Phone: (212) 297-5800  
Fax: (212) 916-2940

Attorneys for Plaintiffs,  
RCPI Landmark Properties, LLC  
Top of the Rock LLC

83010395A011508