AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RCPI LANDMARK PROPERTIES, LLC
and TOP OF THE ROCK LLC

**SUMMONS IN A CIVIL ACTION**

V.

FLORA DESIGN, INC. and
KIMIE MIYAMOTO (An Individual)

CASE NUMBER:

08 CV 00402

TO: (Name and address of Defendant)

Flora Design, Inc.
211 West 28th Street
Second Floor
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAY PITNEY LLP
7 Times Square
New York, New York  10036-7311

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JAN 1 6 2008

CLERK                                            DATE

(By) DEPUTY CLERK



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
RCPI LANDMARK PROPERTIES, LLC and
TOP OF THE ROCK LLC,
        Plaintiff(s),

-against-

FLORA DESIGN, INC. and KIMIE MIYAMOTO
(An Individual),
        Defendant(s).
-----------------------------------------------------x
STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

JUDGE LYNCH

Index No. 08 CV 00402

AFFIDAVIT OF SERVICE

       DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 23rd day of January 2008, at approximately 12:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN AND INDIVIDUAL PRACTICES IN CIVIL CASE GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE** upon Flora Design, Inc. at 211 West 28th Street, 2nd Floor, New York, NY 10001, by personally delivering and leaving the same with Kimie Miyamoto, Owner, who informed deponent that she is an officer authorized by law to receive service at that address.

       Kimie Miyamoto is a Asian female, approximately 65 years of age, stands approximately 5 feet 0 inches tall and weighs approximately 100 pounds with black hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
29th day of January, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01Ri6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com