AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

RCPI LANDMARK PROPERTIES, LLC
and TOP OF THE ROCK LLC

V.

FLORA DESIGN, INC. and
KIMIE MIYAMOTO (An Individual)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 00402

TO: (Name and address of Defendant)

Kimie Miyamoto
7121 Loubet Street
Forest Hills, New York 11375

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAY PITNEY LLP
7 Times Square
New York, New York  10036-7311

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JAN 1 6 2008



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RCPI LANDMARK PROPERTIES, LLC and      JUDGE LYNCH
TOP OF THE ROCK LLC,
         Plaintiff(s),      Index No. 08 CV 00402

    -against-      AFFIDAVIT OF SERVICE

FLORA DESIGN, INC. and KIMIE MIYAMOTO
(An Individual),
         Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

        DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 23rd day of January 2008, at approximately 12:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN AND INDIVIDUAL PRACTICES IN CIVIL CASE GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE** upon Kimie Miyamoto at 211 West 28th Street, 2nd Floor, New York, NY 10001, by personally delivering and leaving the same with Kimie Miyamoto at that address. At the time of service, deponent asked Kimie Miyamoto whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Kimie Miyamoto is a Asian female, approximately 65 years of age, stands approximately 5 feet 0 inches tall and weighs approximately 100 pounds with black hair and brown eyes.

DARRYL A. GREEN #0866535

Sworn to before me this
29th day of January, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com